**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FREDDIE CLEVELAND,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civ. No. 16-0640** |
| | : | |
| **THE ATTORNEY GENERAL OF** | : | |
| **PENNSYLVANIA, et al.,** | : | |
| **Respondents.** | : | |

### O R D E R

**AND NOW**, this 26th day of October, 2016, upon careful and independent consideration of Freddie Cleveland's Petition for Writ of Habeas Corpus (Doc. No. 1), and after review of the Report and Recommendation of Chief Magistrate Judge Caracappa (Doc. No. 13) to which no objections have been filed (Doc. No. 14), it is hereby **ORDERED** that the Report and Recommendation (Doc. No. 13) is **APPROVED** and **ADOPTED**.  The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED** and **DISMISSED with prejudice**.  A Certificate of Appealability shall **NOT ISSUE** because Petitioner has not made a substantial showing of the denial of a constitutional right.  The **CLERK OF COURT** shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.